1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE
   Associate General Counsel
3  Office of Program Litigation, Office 7
   JUSTIN L. MARTIN, Missouri State Bar No. 62255
4  Special Assistant United States Attorney
   Office of Program Litigation, Office 7
5  Office of the General Counsel
   Social Security Administration
6  6401 Security Boulevard
   Baltimore, MD 21235-6401
7  Telephone: (206) 615-3735
   Email: Justin.L.Martin@ssa.gov
8
9  Attorneys for Defendant
10

11                    UNITED STATES DISTRICT COURT

12                    EASTERN DISTRICT OF CALIFORNIA

13                           FRESNO DIVISION

14
   JACKLYN NICOLE WALTON,              )   CIVIL NO. 1:24-cv-00238-KES-CDB
15                                     )
              Plaintiff,               )   **STIPULATION TO VOLUNTARY**
16                                     )   **REMAND PURSUANT TO SENTENCE**
        v.                             )   **FOUR OF 42 U.S.C. § 405(g) AND TO**
17                                     )   **ENTRY OF JUDGMENT; ORDER**
   MARTIN O'MALLEY,                    )   **GRANTING STIPULATION**
   Commissioner of Social Security,    )
18                                     )
              Defendant.               )
19                                     )
                                       )
20  _____)

21          IT IS HEREBY STIPULATED by and between the parties, through their undersigned

22  attorneys, and with the approval of the Court, that this action be remanded for further

23  administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C.

24  § 405(g), sentence four.  On remand, the Appeals Council will remand the case to an

25  administrative law judge (ALJ) for a new decision. The parties further request that the Court

26  direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against

27  Defendant, reversing the final decision of the Commissioner.

28

Respectfully submitted,

DATE:  May 10, 2024

*/s/ Jonathan Omar Peña\**
JONATHAN OMAR PEÑA
Attorney for Plaintiff
*Authorized via e-mail on May 9, 2024


PHILLIP A. TALBERT
United States Attorney

MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

DATE: May 10, 2024

By: */s/ Justin L. Martin*
JUSTIN L. MARTIN
Special Assistant United States Attorney
Office of Program Litigation, Office 7

Attorneys for Defendant

## **ORDER**

Based upon the parties' stipulation to Voluntary Remand Pursuant to Sentence Four of 42

U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the

above-captioned action is remanded to the Commissioner of Social Security for further

proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g),

sentence four. On remand, the Appeals Council will remand the case to an administrative law

judge for a new decision in accordance with the parties' Stipulation.

IT IS SO ORDERED.

   Dated:   May 13, 2024

_____
UNITED STATES DISTRICT JUDGE