UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jacklyn Nicole Walton,<br><br>Plaintiff,<br><br>v.<br><br>Martin O'Malley, Commissioner of Social Security<br><br>Defendant. | Case No. 1:24-cv-00238-KES-CDB<br><br>ORDER REGARDING AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

**ORDER**

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of ONE THOUSAND ONE-HUNDRED TWENTY-FIVE DOLLARS AND 25/100 ($1,125.25) as authorized by the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   July 11, 2025

UNITED STATES DISTRICT JUDGE